KONENKAMP, Justice
(dissenting).
[¶29.] Once again, we should remand this case because the circuit court failed to determine with reasonable certainty the extent of Weekley’s damages attributable to Wagner’s breach. Even though doubts in calculating such damages are to be resolved against Wagner, the circuit court was still required to identify evidence to support how Wagner’s breach with respect to the equipment damaged Weekley. After our last remand, however, the court merely quoted language from Brownlee III and concluded that Weekley was in fact damaged by Wagner to the full extent of her devise. The court then valued Week-ley’s devise based on a stipulation Wagner executed in his capacity as personal representative of the Estate. How that stipulation proves that Wagner’s inaction with respect to the equipment caused $82,535.14 in damages to Weekley is not evident from the court’s findings of fact and conclusions of law.
[¶ 30.] A possible reason the circuit court failed to analyze the evidence to reach a damages valuation can be found in the court’s statement in its memorandum decision that “[t]he issue to be determined in this case was the amount of compensation to be awarded to the defendant for the breach of duty to provide her with her devise.” Brownlee III, however, held that Wagner breached his duty to take possession of or preserve the equipment after Brownlee I. 2010 S.D. 13, ¶ 29, 778 N.W.2d 823, 831. We further recognized that while that breach damaged Weekley, it did not necessarily damage her to the full extent of her devise. Indeed, Wagner is only liable to Weekley for $82,535.14 if the equipment would have sold for $82,535.14 or more a year after Wagner was appointed as the personal representative. Looking at the court’s memorandum decision, findings of fact and conclusions of law, there is no evidence cited on the value of the equipment. Because the circuit court did not identify evidence to support its damages award, the court failed to follow this Court’s directive from Brownlee III, and the case should be reversed and remanded.